PEREDES-GONZALEZ, AKA PAREDES-GONZALEZ *v.* UNITED STATES; ALVES DE LIMA, AKA DACUNHA *v.* UNITED STATES; REYNA-RODRIGUEZ *v.* UNITED STATES; JUAREZ-LOPEZ, AKA JUAREZ *v.* UNITED STATES; GARCIA-LOPEZ *v.* UNITED STATES; QUILANTAN-BROUSSARD *v.* UNITED STATES; and MARTINEZ-REYES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9497.  LANE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–9499.  MENDEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–9501.  BRITO-BETANCOURT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9506.  GARCIA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–9507.  HOUSTON *v.* HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER.  C. A. 1st Cir.  Certiorari denied.

No. 02–9510.  GIVANS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9513.  SIMMONS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9515.  GREGORY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–9518.  GALLEGOS-DELGADO *v.* UNITED STATES (Reported below: 54 Fed. Appx. 794); CARRANZA-VELASQUEZ *v.* UNITED STATES (54 Fed. Appx. 796); LOPEZ-ESPINOZA *v.* UNITED STATES (54 Fed. Appx. 795); BARAHONA-GALIAS *v.* UNITED STATES (54 Fed. Appx. 797); DUENAZ DE GRANDE, AKA NORIEGA *v.* UNITED STATES (54 Fed. Appx. 797); CAMACHO-MUNIZ, AKA GUILLEN-RODRIGUEZ *v.* UNITED STATES (54 Fed. Appx. 798); CAMACHO-LORENZO, AKA RAMOS *v.* UNITED STATES (54 Fed. Appx. 798); ZAVALA-MARTINEZ *v.* UNITED STATES (54 Fed. Appx. 797); GOMEZ-CASTELLON *v.* UNITED STATES (54 Fed. Appx. 797);

and VELASQUEZ-LARIOS v. UNITED STATES (54 Fed. Appx. 796). C. A. 5th Cir. Certiorari denied.

No. 02–9523. TUTTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9524. WILLIAMS v. UNITED STATES; and
No. 02–9525. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 933.

No. 02–9530. MARTINEZ-CINTRON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–9531. WATKINS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9535. ESTRADA-TUFINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9539. ASCHENBRENER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–9542. PRATT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9543. PAREDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9548. RIOS ESPINOZA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9551. BACH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9556. JONES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9557. BUTTS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9560. CORTINAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9564. WARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.